IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01266-RPM-CBS

DONOVAN SISNEROS and SARAH
SISNEROS, individually and as next of friend of
JESUS LAMBERTY, ELIANA SISNEROS,
and ISAAC SISNEROS,

    Plaintiffs,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

_____

## ORDER FOR DISMISSAL WITH PREJUDICE
_____

This matter having come before this Court on Plaintiffs' and Defendant's Stipulation for Dismissal with Prejudice and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, that the STIPULATION FOR DISMISSAL WITH PREJUDICE is hereby granted, all parties to pay their own costs and attorney fees.

Dated this 3rd day of December, 2012.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge